**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REESTABLISHMENT OF THE : NO.  496
MAGISTERIAL DISTRICTS WITHIN THE :
35th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :


**ORDER**

**PER CURIAM**


**AND NOW**, this 12th day of July 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 35th Judicial District (Mercer County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Mercer County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 35-2-01 | City of Sharon |
| Magisterial District Judge Travis P. Martwinski | Sharpsville Borough |
| | |
| Magisterial District 35-2-02 | City of Farrell |
| Magisterial District Judge Mary A. Odem | City of Hermitage |
| | Shenango Township |
| | West Middlesex Borough |
| | Wheatland Borough |

Magisterial District 35-3-01
Magisterial District Judge Daniel W. Davis

Coolspring Township
Delaware Township
East Lackawannock Township
Fairview Township
Findley Township
Fredonia Borough
Jefferson Township
Lackawannock Township
Mercer Borough
Otter Creek Township
Perry Township
Salem Township
Sandy Creek Township
Sheakleyville Borough
Springfield Township
Wilmington Township

Magisterial District 35-3-02
Magisterial District Judge Douglas E. Straub

Deer Creek Township
French Creek Township
Grove City Borough
Jackson Center Borough
Jackson Township
Lake Township
Liberty Township
Mill Creek Township
New Lebanon Borough
New Vernon Township
Pine Township
Sandy Lake Borough
Sandy Lake Township
Stoneboro Borough
Wolf Creek Township
Worth Township

Magisterial District 35-3-03
Magisterial District Judge Brian R. Arthur

Clark Borough
Greene Township
Greenville Borough
Hempfield Township
Jamestown Borough
Pymatuning Township
South Pymatuning Township
Sugar Grove Township
West Salem Township